

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**101 W. LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**

**Chambers of**
**Hon. Marvin J. Garbis**
United States District Judge

Tele: 410-962-7700
Fax: 410-962-0896

November 23, 2009

TO ALL PARTIES AND COUNSEL

    Re: <u>Goodman v. Praxair</u>, MJG-04-391

Dear Sir/Madam:

    In view of the jury verdict, neither side recovers from the other in regard to their respective breach of contract claims. By virtue of my grant to Plaintiff of judgment as a matter of law on Defendant's misrepresentation-based claims (fraud and negligent), there is no recovery on these claims. Thus, the bottom line is that Plaintiff was paid $20,000 more than he was entitled to receive under the Contract.

    Plaintiff contends that, by virtue of the statute of limitations, Defendant would not be entitled to recover the $20,000. The matter needs resolution. Therefore, by December 4, the parties shall provide statements of their positions regarding this matter. By December 11, the parties shall provide any replies. The statements may be in the form of brief letters rather than formal legal briefs.

    Although informal, this letter is an Order of the Court.

                                 Yours truly,

                                 _____/s/_____
                                 Marvin J. Garbis
                         United States District Judge

CC: Clerk