ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
MARC B. GOODMAN              *
        Plaintiff,           *
    vs.                      *    CIVIL ACTION NO. MJG-04-391
PRAXAIR SERVICES, INC.       *
        Defendant.           *
*    *    *    *    *    *    *    *    *
```

FILED ___ ENTERED
LOGGED ___ RECEIVED

NOV 24 2009

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## SPECIAL VERDICT

A. <u>SUCCESS FEE ENTITLEMENT</u>

1. Has Goodman[1] proven by a preponderance of the evidence that he and Tracer Research Corporation agreed to modify the Contract[2] so that he would be paid a success fee even if someone other than Goodman, such as Mr. Wilson, personally negotiated with the EPA the result achieved with regard to Tracer Research Corporation's tracers?

   <u>  No  </u>
   Yes or No

2. Has Praxair Services, Inc. proven by a preponderance of the evidence that Tracer Research Corporation was justified in preventing Goodman from personally negotiating with the EPA to achieve the result needed for entitlement to the success fee?

   <u>  Yes  </u>
   Yes or No

---

[1] Plaintiff Marc B. Goodman.
[2] The Contract of April 14, 1998.

B. <u>TERMINATION DATE</u>

1. Has Goodman proven by a preponderance of the evidence that the "Termination Date" [as I have defined that term for you] is earlier than February of 2000?

            __*No*__
            Yes or No

C. <u>OTHER COMPENSATION</u>

1. What amount, if any, has Goodman proven by a preponderance of the evidence, is the value of any services or work product that was provided by Mr. Goodman after the Termination Date and either accepted or requested by Tracer Research Corporation?

            __*Zero*__
            Zero or an amount

2. What was the value, if any, to Tracer Research Corporation of having Mr. Goodman available on a standby basis after the termination date?

            __*Zero*__
            Zero or an amount

D. <u>OTHER CLAIMS</u>

1. Has Praxair Services, Inc. proven its inadequate performance claim against Goodman by a preponderance of the evidence?

            __*No*__
            Yes or No

         IF YOU ANSWER "YES" TO QUESTION 1, PROCEED TO ANSWER QUESTION 2. IF YOU ANSWER "NO," DO NOT ANSWER QUESTION 2

      AND PROCEED TO ANSWER QUESTION 3.

2. If so, what amount of damages, if any, do you award on the inadequate performance claim?

                                                            _____
                                                            Zero or an amount

3. Has Goodman proven his hindering claim against Tracer Research Corporation?

                                                              **No**
                                                             Yes or No

                IF YOU ANSWER "YES" TO QUESTION 3, PROCEED TO ANSWER QUESTION 4. IF YOU ANSWER "NO," DO NOT ANSWER QUESTION 4 AND ANSWER NO FURTHER QUESTIONS.

4. If so, what amount of damages, if any, do you award on the hindering claim?

                                                             _____
                                                           Zero or an amount

The foregoing constitutes the unanimous verdict of the Jury.

Date: **11-23-2009**                                **SIGNATURE REDACTED**