IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| Marc B. Goodman | * | |
| vs. | * | Case No.: MJG-04-391 |
| Praxair Services, Inc. | * | |

\*\*\*\*\*\*

### AUTHORIZATION FOR JUROR MEAL

Provision of meals, lodging, or refreshments for the jury while it is deliberating is hereby authorized.

| DATE | JURY RECEIVED |
|---|---|
| November 20, 2009 | Complete lunch |
| November 23, 2009 | Complete lunch |
|  |  |
|  |  |
|  |  |

Number of Jurors: __11__

30 November 2009
Date

*Felicia C. Cannon*
Clerk

*PT*

U.S. District Court (Rev. 6/17/2004) - Order for Jury Meals, etc.