**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MARC GOODMAN,<br><br>       Plaintiff,<br><br>  v.<br><br>PRAXAIR SERVICES, INC.,<br><br>       Defendant/Counterclaimant. | Civil Action No. MJG-04-391 |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 101.2(b), Shane M. McGee moves to withdraw as counsel for Defendant/Counterclaim Plaintiff Praxair Services, Inc. in this matter. Praxair Services, Inc. continues to be represented by Amy L. Bess, Esq., who has entered an appearance in this matter.

Dated: March 12, 2010

                                                   /s/  Amy L. Bess
                                      Amy L. Bess (Bar No. 14687)
                                      Vedder Price P.C.
                                      875 15th Street, NW
                                      Suite 725
                                      Washington, DC 20005
                                      202-312-3320
                                      202-312-3322
                                      abess@vedderprice.com

                                      *Attorney for Praxair Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a paper copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was served on March 12, 2010, via United States Mail upon the following:

>Marc B. Goodman
>PO Box 727
>North Beach, MD 20714
>
>*Pro Se Plaintiff/Counterclaim Defendant*



/s/ Erin M. Shoudt
Erin M. Shoudt