IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARC B. GOODMAN                    *

      Plaintiff              *

      vs.                    *   CIVIL ACTION NO. MJG-04-391

PRAXAIR SERVICES, INC.             *

      Defendant              *

\*   \*   \*   \*   \*   \*   \*   \*   \*

MEMORANDUM AND ORDER

The Court has before it the Document entitled "Motion to Extend Time for Filing Motion for Review of Order Taxing Costs" [Document 306] filed by Plaintiff Goodman.

The instant motion appears to be filed in lieu of, or perhaps in addition to, a reply to Defendant's Opposition to Plaintiff's Motion for Review of Order Taxing Costs [Document 305].

Inasmuch as Plaintiff is proceeding pro se, the Court will construe the motion as seeking a nunc pro tunc Order declaring the Motion for Review of Order Taxing Costs[Document 304] to have been timely filed.

Under the circumstances:

1. Defendant may respond to the instant motion by August 20, 2013, and Plaintiff may file any reply by September 10, 2013.

2. If the instant motion is granted, Plaintiff shall be afforded an opportunity to file a reply to Defendant's Opposition to Plaintiff's Motion for Review of Order Taxing Costs [Document 305].

SO ORDERED, this Tuesday, August 06, 2013.

/s/
Marvin J. Garbis
United States District Judge